JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMANDA K. FLAHERTY, | ) | Case No.  2:25-CV-03468-JDP |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 days to May 4, 2026, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested as the administrative record in this case is nearly ten thousand pages. This is proving to be a challenge considering the time constraints placed on Plaintiff's counsel by her other work and family responsibilities.   Thus, Plaintiff's counsel believes a standard 30-day extension will not be sufficient.

Flaherty v. Bisignano          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:25-cv-03468-JDP

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 4, 2026

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  March 4, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant
ORDER

IT IS SO ORDERED.

Dated:    March 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Flaherty v. Bisignano          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:25-cv-03468-JDP