JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:              541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA K. FLAHERTY, )<br>)<br>     Plaintiff )<br>)<br>v. )<br>)<br>FRANK BISIGNANO, )<br>Commissioner of Social Security, )<br>)<br>     Defendant )<br>)<br>_____ ) | Case No.  2:25-CV-03468-JDP<br><br>**STIPULATION AND** ~~**PROPOSED**~~<br>**ORDER FOR EXTENSION OF TIME**<br>**TO FILE PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to June 3, 2026, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested as Plaintiff's counsel has experienced health issues which have lessened the amount of time she can work each day.  This, as well as the lengthy administrative transcript, has significantly hampered counsel's progress.

**Flaherty v. Bisignano**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:25-cv-03468-JDP

The parties further stipulate that the Court's Scheduling Order be modified accordingly.


Respectfully submitted,


Date: May 1, 2026                    JACQUELINE A. FORSLUND
                                     Attorney at Law


                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff


Date:  May 1, 2026                   ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration | Law & Policy

                                     */s/ Margaret Branick-Abilla*
                                     MARGARET BRANICK-ABILLA
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant

                                         ORDER


IT IS SO ORDERED.


Dated:    May 5, 2026        _____
                             JEREMY D. PETERSON
                             UNITED STATES MAGISTRATE JUDGE


**Flaherty v. Bisignano**        Stipulation and ~~Proposed~~ Order        **E.D. Cal. 2:25-cv-03468-JDP**