JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA K. FLAHERTY,<br><br>Plaintiff<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant | Case No. 2:25-CV-3468-JDP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 15 days to July 22, 2026, for Plaintiff to file her Reply Brief, in accordance with the Court's Scheduling Order. It is requested due to the fact that Plaintiff's counsel has not yet had time to review Defendant's Cross-Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: July 7, 2026

JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date: July 7, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

*/s/ Joseph Langkamer*
JOSEPH LANGKAMER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated: July 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE